UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**PRIORITY SEND**

**CIVIL MINUTES -- GENERAL**

JS - 6

Case No.  **CV 12-8194-JFW (RZx)**                                           Date:  December 27, 2012

Title:  James Herman -v- US Bank National Association, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
                    None                                                                                  None

**PROCEEDINGS (IN CHAMBERS):**       ORDER DISMISSING ACTION WITHOUT PREJUDICE

     As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of October 17, 2012, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for January 7, 2013, is **VACATED**.  See Fed. R. Civ. P. 41(b); see also *Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).


     IT IS SO ORDERED.